THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> EAGLE INDUSTRIAL PAINTING, LLC, *et al.*, <br><br> Defendants. | CASE NO.: 2:21-cv-00598-MJP <br><br> **FIRST STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND OTHER CASE DEADLINES** <br><br> NOTE ON MOTION CALENDAR: |

The Plaintiffs, the Board of Trustees of the Employee Painters' Trust, *et al*. (collectively, "Plaintiffs"), and the Defendants, Eagle Industrial Painting, LLC, Steve Zoumberakis, Old Republic Surety Company, and International Fidelity Insurance Company (collectively, "Defendants"), each acting by and through their undersigned counsel, hereby stipulate as follows:

**RECITALS**

A. WHEREAS, the Complaint in this matter was filed on May 4, 2021 [ECF No. 1];

B. WHEREAS, this matter has not been scheduled for trial and there are no motions currently pending before the Court;

C. WHEREAS, on June 7, 2021, the Court issued its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement [ECF No. 7] ("Initial Scheduling Order"), setting the following dates for initial disclosure and submission of the Joint Status Report and Discovery Plan:

**FIRST STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND OTHER CASE DEADLINES**
Case No. 2:21-cv-00598-MJP

Page 1

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
THE URBAN LAW FIRM
720 N. 10th Street, A #389, Renton, WA 98057
P. (702) 255-1718
wes@cjmlv.com
murban@theurbanlawfirm.com
*Counsel for the Plaintiffs*

      i.      Deadline for FRCP 26(f) Conference: 7/6/2021;

      ii.      Initial Disclosures Pursuant to FRCP 26(a)(1): 7/12/2021; and

      iii.      Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): 7/19/2021;

D.      WHEREAS, all Defendants have been served with a copy of the Summons and Complaint [ECF Nos. 9, 10, 14 & 15];

E.      WHEREAS, Notices of Appearance have been filed for each Defendant [ECF Nos. 8, 11 & 13];

F.      WHEREAS, a copy of the Initial Scheduling Order was provided to counsel for Defendants by Plaintiffs' counsel;

G.      WHEREAS, the Defendants have not filed an answer or responsive pleading;

H.      WHEREAS, counsel for Plaintiffs and Defendants have had initial conferences regarding this matter and all agree that early settlement is likely and in the best interests of all parties;

I.      WHEREAS, Plaintiffs and Defendants have begun informally exchanging documents to further the possibility of settlement; and

J.      WHEREAS, Plaintiffs and Defendants desire to extend the Defendants' responsive pleading deadline and other deadlines in this matter to allow time for the parties to explore settlement before significant fees and costs are incurred.

NOW, THEREFORE, Plaintiffs and Defendants hereby stipulate and move the Court as follows:

1.      Plaintiffs and Defendants hereby move the Court for an extension of all Defendants' deadlines to answer or otherwise respond to the Complaint to August 6, 2021.

2.      Plaintiffs and Defendants propose that the other deadlines set in the Initial Scheduling Order be extended as follows:

**FIRST STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND OTHER CASE DEADLINES**

Case No. 2:21-cv-00598-MJP

Page 2

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
THE URBAN LAW FIRM
720 N. 10th Street, A #389, Renton, WA 98057
P. (702) 255-1718
wes@cjmlv.com
murban@theurbanlawfirm.com
*Counsel for the Plaintiffs*

a. Deadline for FRCP 26(f) Conference: 8/6/2021;

b. Initial Disclosures Pursuant to FRCP 26(a)(1): 8/13/2021; and

c. Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): 8/20/2021.

3. This is the first request for an extension of time to file responsive pleadings or for any case deadlines and is not requested to cause delay or for any other improper purpose.

DATED this 12th day of July, 2021.

CHRISTENSEN JAMES & MARTIN
By: /s/ Wesley J. Smith
Wesley J. Smith, WSBA # 51934
7440 W. Sahara Ave.
Las Vegas, NV 89117
T: (702) 255-1718
wes@cjmlv.com
*Counsel for Plaintiffs*

WILLIAMS, KASTNER & GIBBS PLLC
By: /s/ David E. Worley
Jerome L. Rubin, WSBA #5803
David E. Worley, WSBA #46948
601 Union Street, Suite 4100
Seattle, WA 98101-2380
T: (206) 628-6600
Jrubin@williamskastner.com
Dworley@williamskastner.com
*Counsel for Defendants Eagle Industrial Painting, LLC, and Steve Zoumberakis*

WILLIAMS, KASTNER & GIBBS PLLC
By: /s/ Meredith E. Dishaw
Meredith E. Dishaw, WSBA #43206
601 Union Street, Suite 4100
Seattle, WA 98101
T: (206) 628-6600
mdishaw@williamskastner.com
*Counsel for Defendant Old Republic Surety Company*

CARNEY BADLEY SPELLMAN, P.S.
By: /s/ Thomas K. Windus
Thomas K. Windus, WSBA #7779
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
T: (206) 622-8020
windus@carneylaw.com
*Counsel for Defendant International Fidelity Insurance Company*

## ORDER

1. The Court extends all Defendants' deadlines to answer or otherwise respond to the Complaint to August 6, 2021.

2. The other deadlines set in the Initial Scheduling Order are extended as follows:

    a. Deadline for FRCP 26(f) Conference: 8/6/2021;

    b. Initial Disclosures Pursuant to FRCP 26(a)(1): 8/13/2021; and

**FIRST STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND OTHER CASE DEADLINES**
Case No. 2:21-cv-00598-MJP

Page 3

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
THE URBAN LAW FIRM
720 N. 10th Street, A #389, Renton, WA 98057
P. (702) 255-1718
wes@cjmlv.com
murban@theurbanlawfirm.com
*Counsel for the Plaintiffs*

1         c.      Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): 8/20/2021.

**SO ORDERED.**

DATED JULY 13, 2021.

_____
Marsha J. Pechman
United States Senior District Judge

**FIRST STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND OTHER CASE DEADLINES**
Case No. 2:21-cv-00598-MJP

Page 4

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
THE URBAN LAW FIRM
720 N. 10th Street, A #389, Renton, WA 98057
P. (702) 255-1718
wes@cjmlv.com
murban@theurbanlawfirm.com
*Counsel for the Plaintiffs*