The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST; BOARD OF TRUSTEES OF THE WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST; BOARD OF TRUSTEES OF THE DISTRICT COUNCIL NO. 5 APPRENTICESHIP AND TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR MANAGEMENT COOPERATION INITIATIVE; WESTERN WASHINGTON SIGNATORY PAINTING EMPLOYERS ASSOCIATION; and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 5, <br><br> Plaintiffs, <br><br> v. <br><br> EAGLE INDUSTRIAL PAINTING, LLC, an Ohio limited liability company; STEVE | NO. 2:21-cv-00598 MJP <br><br> **SECOND STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND OTHER CASE DEADLINES** <br><br> **NOTE ON MOTION CALENDAR:** <br><br> August 13, 2021 |

SECOND STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND OTHER CASE DEADLINES - 1

(2:21-cv-00598 MJP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7437004.1

ZOUMBERAKIS, an individual; OLD REPUBLIC SURETY COMPANY, a Wisconsin corporation; INTERNATIONAL FIDELITY INSURANCE COMPANY, a Pennsylvania, corporation; DOES & ROES I-X,

Defendants.

The Plaintiffs, the Board of Trustees of the Employee Painters' Trust, *et al*. (collectively, "Plaintiffs"), and the Defendants, Eagle Industrial Painting, LLC, Steve Zoumberakis, Old Republic Surety Company, and International Fidelity Insurance Company (collectively, "Defendants"), each acting by and through their undersigned counsel, hereby stipulate as follows:

## I. RECITALS

A. WHEREAS, the Complaint in this matter was filed on May 4, 2021 [ECF No. 1];

B. WHEREAS, this matter has not been scheduled for trial and there are no motions currently pending before the Court;

C. WHEREAS, on June 7, 2021, the Court issued its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement [ECF No. 7] ("Initial Scheduling Order"), setting the following dates for initial disclosure and submission of the Joint Status Report and Discovery Plan:

   i. Deadline for FRCP 26(f) Conference: 7/6/2021;

   ii. Initial Disclosures Pursuant to FRCP 26(a)(1): 7/12/2021; and

   iii. Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): 7/19/2021;

SECOND STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND OTHER CASE DEADLINES - 2

(2:21-cv-00598 MJP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7437004.1

D. WHEREAS, all Defendants have been served with a copy of the Summons and Complaint [ECF Nos. 9, 10, 14 & 15];

E. WHEREAS, Notices of Appearance have been filed for each Defendant [ECF Nos. 8, 11 & 13];

F. WHEREAS, a copy of the Initial Scheduling Order was provided to counsel for Defendants by Plaintiffs' counsel;

G. WHEREAS, the Defendants have not filed an answer or responsive pleading;

H. WHEREAS, the Court granted a first stipulated motion to extend deadlines on July 13, 2021;

I. WHEREAS, counsel for Plaintiffs and Defendants have had initial and continuing conferences regarding this matter and all agree that early settlement is likely and in the best interests of all parties;

J. WHEREAS, Plaintiffs and Defendants have continued informally exchanging documents to further the possibility of settlement;

K. WHEREAS, Plaintiffs and Defendants have been unable to effectuate a final settlement within the previous 30 day extension, but continue to actively communicate and negotiate toward that purpose;

L. WHEREAS, Plaintiffs and Defendants desire to extend the Defendants' responsive pleading deadline and other deadlines in this matter to allow time for the parties to explore settlement before additional significant fees and costs are incurred.

SECOND STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND OTHER CASE DEADLINES - 3

(2:21-cv-00598 MJP)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7437004.1

NOW, THEREFORE, Plaintiffs and Defendants hereby stipulate and move the Court as follows:

1. Plaintiffs and Defendants hereby move the Court for an extension of all Defendants' deadlines to answer or otherwise respond to the Complaint to September 13, 2021.

2. Plaintiffs and Defendants propose that the other deadlines set in the Initial Scheduling Order be extended as follows:

    a. Deadline for FRCP 26(f) Conference: 9/13/2021;

    b. Initial Disclosures Pursuant to FRCP 26(a)(1): 9/20/2021; and

    c. Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): 9/27/2021.

3. This is the second request for an extension of time to file responsive pleadings or for any case deadlines and is not requested to cause delay or for any other improper purpose.

SECOND STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND OTHER CASE DEADLINES - 4

(2:21-cv-00598 MJP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7437004.1

DATED this 13th day of August, 2021.

| | |
|---|---|
| Christensen James & Martin<br>By: /s/Wesley J. Smith<br>Wesley J. Smith, WSBA # 51934<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117<br>T: (702) 255-1718<br>wes@cjmlv.com<br>**Counsel for Plaintiffs** | WILLIAMS, KASTNER & GIBBS PLLC<br>By: /s/ Meredith E. Dishaw<br>Meredith E. Dishaw, WSBA #43206<br>601 Union Street, Suite 4100<br>Seattle, WA 98101<br>T: (206) 628-6600<br>mdishaw@williamskastner.com<br>**Counsel for Defendant Old Republic Surety Company** |
| WILLIAMS, KASTNER & GIBBS PLLC<br>/s/Jerome L. Rubin<br>David Edward Worley<br>Jerome L. Rubin, WSBA # 5803<br>David Edward Worley, WSBA # 46948<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Telephone:  (206) 628-6600<br>Fax:  (206) 628-6611<br>jrubin@williamskastner.com<br>dworley@williamskastner.com<br><br>***Attorneys for Defendants Eagle Industrial Painting, LLC and Steve Zoumberakis*** | CARNEY BADLEY SPELLMAN, P.S.<br>By: /s/ Thomas K. Windus<br>Thomas K. Windus, WSBA #7779<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104<br>T: (206) 622-8020<br>windus@carneylaw.com<br>**Counsel for Defendant International Fidelity Insurance Company** |

SECOND STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT AND OTHER CASE DEADLINES - 5

(2:21-cv-00598 MJP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7437004.1

# ORDER

Having reviewed the Stipulated Motion, the Court finds good cause to extend the case deadlines as requested and GRANTS the Motion. But this is the last extension the Court will grant to the Parties for these initial deadlines.

DATED this 16th Day of August, 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

SECOND STIPULATED MOTION TO EXTEND DEADLINE TO
RESPOND TO COMPLAINT AND OTHER CASE DEADLINES - 6

(2:21-cv-00598 MJP)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7437004.1