THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

* * * * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>EAGLE INDUSTRIAL PAINTING, LLC, *et al.*,<br><br>Defendants. | CASE NO.: 2:21-cv-00598-MJP<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF INTERNATIONAL FIDELITY INSURANCE COMPANY, WITH PREJUDICE**<br><br>**Note on Motion Calendar: December 13, 2021** |

The Plaintiffs, the Board of Trustees of the Employee Painters' Trust, *et al.* (collectively, "Plaintiffs"), and Defendants International Fidelity Insurance Company ("IFIC"), each acting by and through their undersigned counsel, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims asserted against IFIC shall be and are hereby dismissed with prejudice, each party to bear its own attorney's fees and costs, with the exception that IFIC expressly reserves any and all contractual indemnity rights as against Eagle Industrial Painting, LLC and Steve Zouberakis.

///

///

STIPULATION AND ORDER FOR DISMISSAL OF INTERNATIONAL FIDELITY INSURANCE COMPANY, WITH PREJUDICE
Case No. 2:21-cv-00598-MJP

Page 1

Christensen James & Martin
7440 W. Sahara Ave., Las Vegas, NV 89117
The Urban Law Firm
720 N. 10th Street, A #389, Renton, WA 98057
P. (702) 255-1718
wes@cjmlv.com
murban@theurbanlawfirm.com
*Counsel for the Plaintiffs*

DATED this 13th day of December 2021.

| | |
|---|---|
| CHRISTENSEN JAMES & MARTIN<br>By: /s/ Wesley J. Smith<br>Wesley J. Smith, WSBA # 51934<br>7440 W. Sahara Ave.<br>Las Vegas, NV 89117<br>T: (702) 255-1718<br>wes@cjmlv.com<br>*Counsel for Plaintiffs* | CARNEY BADLEY SPELLMAN, P.S.<br>By: /s/ Eric M. Liberman<br>Eric M. Liberman, WSBA #52376<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104<br>T: (206) 622-8020<br>liberman@carneylaw.com<br>*Counsel for Defendant International Fidelity Insurance Company* |

IT IS SO ORDERED.

Dated this 14th day of December, 2021.

Honorable Marsha J. Pechman
United States Senior District Judge

**STIPULATION AND ORDER FOR DISMISSAL OF INTERNATIONAL FIDELITY INSURANCE COMPANY, WITH PREJUDICE**
Case No. 2:21-cv-00598-MJP

Page 2

CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Ave., Las Vegas, NV 89117
THE URBAN LAW FIRM
720 N. 10th Street, A #389, Renton, WA 98057
P. (702) 255-1718
wes@cjmlv.com
murban@theurbanlawfirm.com
*Counsel for the Plaintiffs*