UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EAGLE INDUSTRIAL PAINTING LLC, et al., <br><br> Defendants. | CASE NO. C21-598 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed the Notice of Withdrawal filed by counsel for Eagle Industrial Painting LLC and Steve Zoumberakis. (Dkt. No. 28.) The Notice of Withdrawal does not comply with Local Rule 83.2(b) and the withdrawal is not effective. Should counsel wish to withdraw, they must review and comply fully with the requirements of Local Rule 83.2(b) to obtain leave of court to withdraw.

MINUTE ORDER - 1

| | |
|---|---|
| 1 | The clerk is ordered to provide copies of this order to all counsel. |
| 2 | Filed January 26, 2022. |

<pre>
                                    Ravi Subramanian
                                    Clerk of Court

                                    s/Serge Bodnarchuk
                                    Deputy Clerk
</pre>

MINUTE ORDER - 2