UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EAGLE INDUSTRIAL PAINTING LLC, et al., <br><br> Defendants. | CASE NO. C21-598 MJP <br><br> ORDER TO SHOW CAUSE |

The Court issues this Order to Show Cause sua sponte after reviewing two recent stipulated dismissals. (Dkt. Nos. 30, 31.) Based on its review of these stipulated dismissals, Plaintiffs have stipulated to the dismissal of all claims against the named Defendants, except for Does and Roes I-X. The Court hereby ORDERS Plaintiffs to SHOW CAUSE whether they indend to pursue any claims asserted against the Does and Roes I-X Defendants, or whether they intend to dismiss those claims. Plaintiffs must respond to this Order by no later than February 28,

ORDER TO SHOW CAUSE - 1

2022. If Plaintiffs wish to dismiss the claims against the Does and Roes I-X Defendants, they must so indicate in their response to this Order.

The clerk is ordered to provide copies of this order to all counsel.

Dated February 22, 2022.

Marsha J. Pechman
United States Senior District Judge